# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| AARON A., | : | Case No. 3:21-cv-00280 |
| | : | |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | (by full consent of the parties) |
| vs. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion to Remand.  (Doc. No. 11).  The parties agree that the Commissioner's decision should be reversed, and that this matter should be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The parties also agree that judgment shall be entered in Plaintiff's favor.  Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision.  Likewise, on remand, the Administrative Law Judge should assess the opinions of claimant's physical functioning, take further action to complete the administrative record, and then issue a new decision.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion to Remand (Doc. No. 11) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' Motion; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

February 25, 2022 *s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge